SHELBY A. EVANS, APPELLANT, v. JACK L. EVANS, RESPONDENT.

No. 8465

November 9, 1976                    555 P.2d 839

*Daniel J. Olguin,* Reno, for Appellant.

*James R. Brooke,* Reno, for Respondent.

## OPINION

*Per Curiam:*

The district court entered judgment dissolving the parties' marriage and distributing the community property. Appellant contends the property distribution was in error.

After reviewing the record, we believe the distribution was equitable and perceive no abuse of discretion. NRS 125.150; see: Benavidez v. Benavidez, 92 Nev. 539, 554 P.2d 256 (1976); Jolley v. Jolley, 92 Nev. 298, 549 P.2d 1407 (1976); Todkill v. Todkill, 88 Nev. 231, 495 P.2d 629 (1972).

Affirmed.